UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-0183 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| MARVIN BROWN | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence, [Doc. No. 67], filed by Defendant Marvin Brown is **DENIED**.

MONROE, LOUISIANA, this 3rd day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE